**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 09-7558
_____

TROY LUKE BURKS,

             Plaintiff - Appellant,

        v.

COLIE RUSHTON, Unit Warden; PAM SMITH, Mail Clerk; SCOTT
LEWIS, Unit Major, sued in their official and individual
capacity,

             Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Henry M. Herlong, Jr.,  Senior
District Judge.  (3:08-cv-03025-HMH)

_____

Submitted:  February 25, 2010        Decided:  March 3, 2010

_____

Before DUNCAN and AGEE, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Troy Luke Burks, Appellant Pro Se.   Steven Michael Pruitt,
MCDONALD, PATRICK, TINSLEY, BAGGETT & POSTON, Greenwood, South
Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Troy Luke Burks appeals the district court's orders: (1) denying his motions to alter or amend judgment, Fed. R. Civ. P. 59(e) and for a temporary restraining order and (2) adopting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Burks v. Rushton, No. 3:08-cv-03025-HMH (D.S.C. July 21, 2009). We deny Burks' motions to appoint counsel, for stay pending appeal, for injunctive relief pending appeal, to stay the mandate and for reconsideration of prior order deferring action on his original motion for appointment of counsel. Burks v. Rushton, No. 3:08-cv-03025-HMH (D.S.C. July 21, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2